UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

FILED
Date: 1/14/2022
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT of FLORIDA
OCALA, FLORIDA

Carmilae byrnes
Plaintiff

vs.

Case Number: 5:22-CV-21-JA-PRL

mike lamb
Defendant

hoase stolen
(Title of Document)

There is no one to help fund any thing because wife might of murdered husband don't have a phone No thing of where they go the guy bought it on tax auction and cursed to told me to goof myself and didn't want to talk I told him I told him my moms house is not forsale and he didn't listen I need money probated back to me what ever he stoled plus valorum deed I recorded a tax document at the citrus county clerk office please accept my request thank you carmine byres

_____
Name

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number